■ WALTER DYCKMAN et al., Respondents, v FRANCIS McDERMOTT et al., Appellants.—In an action *inter alia* to enjoin defendants from obstructing plaintiffs' easement of ingress and egress to certain property, defendants appeal from a judgment of the Supreme Court, Westchester County, entered April 6, 1976, which, after a nonjury trial, *inter alia,* directed them to remove the trees which were obstructing the said easement. Judgment affirmed, with costs, on the opinion of Mr. Justice Burchell at Special Term. Latham, Acting P. J., Margett, Titone and Mollen, JJ., concur.